UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS, | Case No. EDCV 24-2450-KK-SHKx |
| Plaintiff, | |
| v. | JUDGMENT |
| AA IMPORTS AUTO WRECKING INC. ET AL, | |
| Defendant(s). | |

Pursuant to the Order Granting Plaintiff's Application for Default Judgment, IT IS HEREBY ADJUDGED that judgment is entered in favor of plaintiff Michael Harris ("Plaintiff") against defendants AA Imports Auto Wrecking Inc. and AA Real Estate Enterprises LLC ("Defendants").

Pursuant to this Judgment, Defendants are ORDERED to pay Plaintiff damages in the amount of $2062.50 from the date of entry of judgment in this action. (JS-6)

Dated: February 14, 2025

———————————————
HONORABLE KENLY KIYA KATO
United States District Judge